## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YASMEEN FAHEEM** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF ATLANTIC CITY,** *et al.*, <br><br> Defendants. | Case No. 24–cv–08798–ESK–SAK <br><br><br> ORDER |

**THIS MATTER** having come before the Court on plaintiffs' motion for a preliminary injunction (Motion) (ECF No. 2); and defendants having filed an opposition to the Motion (ECF No. 7); and the Court having held a hearing on plaintiffs' request for temporary injunctive relief on September 4, 2024 (ECF No. 8); and, pursuant to the Court's order of September 4, 2024 (ECF No. 9), the parties filed supplemental briefs (ECF Nos. 10, 11); and for the reason stated on the record at the hearing on September 17, 2024,

**IT IS** on this **17th** day of **September 2024** **ORDERED** that:

1. The Motion is GRANTED. Defendants City of Atlantic City and Dale Finch are ordered to immediately reinstate plaintiffs' mercantile license.

2. The parties are directed to coordinate discovery and pretrial case management with Magistrate Judge Elizabeth A. Pascal.

3. The parties are directed to obtain the transcripts of the hearings held on September 4 and 17, 2024.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**
