

| | ATTORNEYS AT LAW | |
|---|---|---|
| PETER J. KING ◊ <br> **MATTHEW C. MOENCH** * <br> MICHAEL L. COLLINS * | Writer's Address: <br><br> 51 Gibraltar Drive, Suite 2F <br> Morris Plains, NJ 07950 <br> (973) 998-6860 | Monmouth County Office: <br><br> 200 Schulz Drive, Suite 402 <br> Red Bank, NJ 07701 <br> (732) 546-3670 |
| NAKICHA T. BARR ^ <br> SECILIA FLORES <br> NICHOLAS D. HESSION <br> ROMAN B. HIRNIAK ^ <br> KRISHNA R. JHAVERI * + <br> MARK D. TAYLOR * ^ | E-Mail: <br> mmoench@kingmoench.com | Website: <br> www.kingmoench.com <br><br> A limited liability partnership of Peter J. King, LLC, Moench Law, LLC & Collins Law, LLC |

◊ Certified by the Supreme Court of New Jersey
  as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel



January 9, 2025

**VIA ECF**

Honorable Elizabeth A. Pascal, U.S.M.J.
United States District Court
Mitchell H. Cohen U.S. Courthouse
4th and Cooper Streets,
Camden, New Jersey 08101

        **RE:** **Faheem, et al., v. City of Atlantic City ,et al.**
               **Docket No. 24-cv-08798-ESK-EAP**

Dear Judge Pascal,

      The undersigned represents Plaintiffs Yasmin Faheem and 24/7 Food Mart in the above-referenced matter. Please accept this letter to indicate that this matter has resolved, subject to a final execution of a formal agreement. This matter can be administratively terminated subject to the parties' ability to reopen the matter if settlement is unable to be executed.

      Thank you for Your Honor's assistance in resolving this case.

                                      Respectfully submitted,

                                      /s/Matthew C. Moench
                                      Matthew C. Moench, Esq.

cc: Morrison Fairbairn, Esq. (via ECF)